ANNA URAVIC, as Administratrix of the Estate of ANTON URAVIC, Deceased, Appellant, v. F. JARKA COMPANY, INC., Respondent, Impleaded with Another.

(Submitted October 4, 1929; decided October 22, 1929.)

*Paul C. Matthews* for appellant.

*Charles B. McLaughlin* for respondent.

Judgment affirmed, with costs, on the authority of *Resigno* v. *Jarka Co., Inc.* (246 N. Y. 537); no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.